IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNELL & ASSOCIATES, DAVID WILLIAM CONNELL HUBLER, and OMAR GERARDO ORTIZ CASTANEDA,<br><br>Plaintiffs,<br><br>v.<br><br>SHANE CLARIDGE WHITE, YULISSA ZULAICA, JACK TEETERS, and DOES 1-10<br><br>Defendants. | No. C 17-03175 WHA<br><br>**ORDER ADVANCING HEARING DATE** |

Defendants Shane White and Jack Teeters ("the trust defendants") moved to dismiss this action, and set a hearing date on their motion for August 17. Defendant Yulissa Zulaica filed a separate motion to dismiss, which sets forth similar arguments. She set a hearing date of August 24. This order hereby advances the date of Zulaica's hearing on her motion to dismiss to **AUGUST 17**.

**IT IS SO ORDERED.**

Dated: August 1, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE