IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS F. WHITE 1991 TRUST,

    Plaintiff,

  v.

DAVID WILLIAM CONNELL, CPBV, LLC and ATS, LLC,

    Defendants.

No. C 17-03177 WHA

**ORDER ADVANCING HEARING DATE**

    Plaintiff Thomas F. White 1991 Trust set a hearing date of September 7 on its motion to remand. This order hereby advances the date of the hearing on the motion to remand to **AUGUST 17**.

**IT IS SO ORDERED.**

Dated: August 8, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE